UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN PAUL BOWDIDGE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-772

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorneys' Fees Under the Equal Access to Justice Act (ECF No. 22) and Supplemental Motion (ECF No. 25). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on May 2, 2017, recommending that this Court grant in part the motions. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Attorneys' Fees Under the Equal Access to Justice Act (ECF Nos. 22, 25) are GRANTED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of five thousand, eight hundred sixty-six dollars ($5,866.00).

Dated: May 17, 2017

                                                             /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge